**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**GETTY IMAGES (US), INC., a**
**New York Corporation,**

**Plaintiff,**

**v.** **CASE NO.: 8:14-CV-00137-SCB-AEP**

**SCOTT & FENDERSON, P.A., a**
**Florida professional association,**

**Defendant,**

_______________________________________/

**DEFENDANT'S ANSWERS AND AFFIRMATIVE DEFENSES**

Defendant, SCOTT & FENDERSON, P.A., a Florida professional association, by and through the undersigned attorney, files the following Answer and Affirmative Defenses to the Plaintiff's Complaint (the "Complaint").

**PRELIMINARY STATEMENT**

SCOTT & FENDERSON, P.A. denies that it violated any copyright law in the posting of an image of a man who appears to be falling on their company website, www.scottandfenderson.com. SCOTT & FENDERSON, P.A. were unaware of any copyright or exclusive rights to any said image, which was found in the public domain at Google Images, and known to be in use by numerous other web sites at the time the image was posted. This image did not contain any copyright notice or any other mark identifying the image as belonging to Getty Images. In fact, the image was first posted on the website for SCOTT & FENDERSON, P.A. in January 2013, and the exhibit to the Complaint demonstrates the image was not registered with the United States Copyright Office until March 8, 2013, after the image had already been posted. Upon

notification that the image was protected by copyright registration, the image was removed from the SCOTT & FENDERSON, P.A. website. SCOTT & FENDERSON, P.A. denies all allegations against SCOTT & FENDERSON, P.A., unless expressly admitted herein

**ANSWERS TO ALLEGATIONS**

1. Paragraph 1 of the Complaint contains legal conclusions to which no response is required. To the extent that any response is required, SCOTT & FENDERSON, P.A. denies the allegations in paragraph 1. Specifically, SCOTT & FENDERSON, P.A. denies that it infringed on any copyrighted material, and denies that it engaged in any of the alleged conduct in paragraph 1 of the Complaint.

2. Paragraph 2 of the Complaint avers legal conclusions as to jurisdiction. The jurisdictional rules speak for themselves.

3. SCOTT & FENDERSON, P.A. admits that it is a Florida professional association with its principal place of business in St. Petersburg, Florida. SCOTT & FENDERSON, P.A. admits it is the registered owner of the website www.scottandfenderson.com. All other allegations in paragraph 3 of the Complaint are denied.

4. Paragraph 4 of the Complaint avers legal conclusions as to jurisdiction and legal citations which speaks for itself. The jurisdictional rules speak for themselves.

5. Paragraph 5 of the Complaint avers legal conclusions as to jurisdiction. SCOTT & FENDERSON, P.A. admits it is a resident of the State of Florida and is otherwise engaged in business in the State of Florida. All other allegations in paragraph 5 of the Complaint are denied.

6. Paragraph 6 of the Complaint avers legal conclusions as to venue and legal citations which speaks for itself. The jurisdictional rules speak for themselves.

1. Admit.
2. Admitted for jurisdictional purposes only, otherwise denied.
3. Admitted for jurisdictional purposes only.
4. Admitted for jurisdictional purposes only.
5. Admitted for jurisdictional purposes only.
6. Unknown, therefore denied.
7. Unknown, therefore denied.
8. Unknown, therefore denied.
9. Admit an image of a man which appeared to have fallen, was displayed on the Scott & Fenderson website, www.scottandfenderson.com, in January 2013, and otherwise denied.
10. Denied.
11. Denied.
12. Denied.
13. Denied.
14. Denied.
15. Denied.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff failed to set forth a claim or cause of action upon which the requested relief can be granted against Defendant, Scott & Fenderson, P.A., for the following reasons:

1. Said Defendant is not a party to the agreement which is the subject of Plaintiff's Complaint.
2. Plaintiff fails to state or set forth a claim against said Defendant upon which relief can be granted.

Consequently, pursuant to Fla. R. Civ. P. 1.110 and 1.140, Plaintiffs Complaint to Defendant, Scott & Fenderson, P.A., should be dismissed.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff lacks standing to set forth a claim for a cause of action upon which the requested relief can be granted against Defendant, Scott & Fenderson, P.A., for the following reasons;

1. Plaintiff did not own the copyright for the image on the date that it was displayed on the Scott & Fenderson website, www.scottandfenderson.com, in January 2013.
2. The Plaintiff's own Exhibit "A" to the Complaint clearly states that the image in question was not registered for copyright certification until March 8, 2013.
3. Thus, as the Plaintiff did not establish the ownership right to the image until March 8, 2013, there can be no standing to bring suit for copyright infringement by the Plaintiff, prior to that date.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff did not own the image on the date of the alleged copyright violation, in January 2013, as the image was available and obtained in the public domain from "Google Images" and used by at least four other web sites at that time. The image in question was obtained from the public domain and did not contain any copyright notice or other mark identifying the image as belonging to Getty Images, and the image appears to have been copyrighted only as a reaction after the Defendants use of the alleged image. Once the Defendant became aware of the alleged ownership of the image by Getty Images, the image was removed from the Scott & Fenderson website, www.scottandfenderson.com.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff has not demonstrated the possession of a valid copyright for the alleged infringed work, and therefore does not have standing to bring this suit. Under 17 U.S.C. § 410 (c), the certificate of registration must have been "made before or within five years after the validity of the copyright and of the facts of the certificate." Further, the failure of the copyright owner to register the copyright within five years after the first publication of the work eliminates the presumption of a valid copyright. Plaintiff's Exhibit "A" of the Complaint reports the date of first publication as August 11, 2002, which is a full ten years before the registration of the image for copyright purposes, and such registration appears to have been purposely delayed. The copyright is therefore invalid, and the Plaintiff does not have standing to bring this cause of action.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff has waived and abandoned their publication rights by not enforcing the copyright unilaterally, and not doing anything to counter third party violations of their copyright claim. Regarding the image in question, it was also located to be used in four other websites on the date of the alleged violation (See attached Exhibit "A"). Additionally, the image is used by the website "Pinterest," (See attached Exhibit "B") which strictly adheres to the Digital Millennium Copyright Act of 1998, in that Pinterest will respond expeditiously to claims of copyright infringement committed while using the Pinterest website that are reported to Pinterest's Designated Copyright Agent, including removal of the challenged material. As the image remains on the Pinterest website, the Plaintiff has clearly not exercised its copyright claim to others, thereby constituting a waiver and abandonment of the copyrighted material.

Respectfully Submitted,

/s/Luke Lirot
Luke Lirot, Esq.
Florida Bar Number 714836
LUKE CHARLES LIROT, P.A.
2240 Belleair Road, Suite 190
Clearwater, Florida 33764
Telephone: (727) 536-2100
Facsimile: (727) 536-2110
*Attorney for Defendants*
luke2@lirotlaw.com (primary e-mail)
krista@lirotlaw.com (secondary e-mail)
jimmy@lirotlaw.com (secondary e-mail)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 13, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/Luke Lirot
Luke Lirot, Esquire
Florida Bar Number 714836

# The Law Rules Blog

## A Blog About the Law and Its Rules

# What's the Big Deal with Torts?

FEB 29
Posted by dguenther

What's the Big Deal with Torts?

(http://lawrules.files.wordpress.com/2012/02/20110222-slip-and-fall.jpg)

So, what's the big deals with torts? What is a "tort" anyways, and why should I spend any time reading or writing about it?

Let's start here (from (http://www.law.cornell.edu/wex/tort)Nolo Plan English Law Dictionary):

Exhibit "A"

Case Study: Lawsuit Loan on a Slip and Fall accident in the Cit... Page 2 of 6

Blog

You are here: Home / Blog / Case Studies / Case Study: Lawsuit Loan on a Slip and Fall...

# Case Study: Lawsuit Loan on a Slip and Fall accident in the City of Gardena California

18 Nov 2013/0 Comments/in Case Studies, Gardena /by Ivan Rodriguez

**Accident Background**

Mr. R.S. was involved in a Slip and Fall on his home in Gardena, CA R.S. was going down the stairs of his apartment complex. Stairs were damaged and falling apart which caused client to trip and fall.

**Injuries**

Mr. R.S. Suffered from broken knee and ankle as well as other soft tissue injuries.

**Attorney Hired**

Mr. R.S. hired a Law Firm in the City of Beverly hills to assist him with his Personal Injury Insurance Claims.

http://www.fundcapitalamerica.com/2013/11/18/r-s-slipped-apart... 1/23/2014

  

Slip and Fall Lawyers | Los Angeles Personal Injury Lawyer Page 1 of 2

Los Angeles Personal Injury Lawyer Accident Injury Attorney Slip and Fall Lawyers About
Contact Us Privacy Policy

# Slip and Fall Lawyers

## Slip and Fall Lawyers-Why You Need Them To Handle Your Case

Slip and fall lawyers always serve in the best interest of their clients. In everyone else's life, there will always be points in time that accidents happen. As alarming as it may sound, you just have to deal with the fact that your existence is always bounded by a good number of possible misfortunes. When you get involved into an accident and you are not well aware with any or all of the variables that resulted to it, that basically means one thing; you deserve compensation from the parties or company liable for the whole commotion. Unfortunately, there are also chances that your rights could be undermined by deceitfulness and authoritative power. In that case, you will need the services that **slip and fall lawyers** can give.

Why You Need a Slip and Fall Lawyer
Slip and fall cases vary from one another. There are very simple ones while there are others that can be pretty devastating, leading you to the thresholds of personal injury. Also, personal injury comes in two main types; temporary and permanent. Temporary injury is when your condition is still recoverable through medication, rest and time. On the other hand, permanent injury means what incurred to you can never be mended. For instance, if your legs have been broken after falling from the stairwell of the company you work for, there are no chances for them to be back to functionality. That also means you are going to fall under disability and may never be able to work again. Indeed, that can be devastating knowing that you will not be earning income anymore to suffice the needs of your family. But with the help of slip and fall lawyers, you should be able to gain timely compensation from the company or any premise that is liable for your injury.

Search

Pages

Los Angeles Personal I
Lawyer
Accident Injury Attorne
Slip and Fall Lawyers
About Us
Contact Us
Privacy Policy

Los Angeles Persona
Lawyer

Legal
Tips On How To Pick
Right Lawyer

http://www.statepulse.com/slip-and-fall-lawyers/ 1/23/2014

- Settlements & Verdicts
- Slip and Fall Accidents
- Injuries
  - Uncategorized

# Slip and falls Accident

**Personal Injury Law Firm: Practice Areas**

**Slip and fall cases against property owners are referred to as premises liability cases.**

It is our mission to put your needs first in these cases and get you the compensation you need. Can we accomplish that mission? With years of experience on our side and more than millions recovered for injured people throughout Florida in the last 10 years alone, the answer is yes.

**On Commercial Properties**

Slip and falls in retail stores, gas stations, restaurants and other commercial properties typically involve liquid on the floor that causes a person to slip. Trip and falls are also in this category, involving foreign objects in walkways.

Premises liability claims mostly involve negligence. In other words, the property owner must have known about the hazard, or had sufficient time to find out about it, in order to be held liable. For example, if a ceiling just sprung a leak a moment before the accident happened, it may be difficult to hold the owner accountable. If the owner had been notified of the leak well before the accident happened but failed to fix it or even put up warning signs, the owner should be held accountable. Our firm will review your case to determine if action can be taken

If you or a loved one has been injured in a slip-and-fall accident, the lawyers at Shaked Law Firm can help. For a free consultation on a slip and fall or trip and fall case, please call us at our Miami office at (305) 937-0191 or toll free (877) LAW-0080 or e-mail us.

Our slip and fall accident lawyers handle cases throughout the State of Florida including the cities of Miami, Ft. Lauderdale, North Miami, North Miami Beach, Aventura, Broward County, Dade County, South Beach, Miami Beach, Hollywood, Hallandale, and other cities throughout Florida.

- **Case Evaluation Form**

Submit the case evaluation form below. There are time limits that require that you act promptly to protect your rights!

**First name:**

**Last name:**

**Phone number:**
( ) -
**Email:**

**Case description:**

Submit

pinterest.com AOL Mail (56) PINTEREST - AOL Sea... Taking pictures, ob...

Add to f...

Fav... Fee... Hist...

- Favorites Bar
- Microsoft W...
- MSN Websi...
- Websites fo...
- Windows Live
- Check E-mail
- Internal We...
- Remote We...
- AOL
- CJIS
- EFTPS Fed T...
- Florida Bar
- Kelley Blue B...
- FloridaBank
- Bank of Am...
- Family Law ...
- Judges Pho...
- Sixth Judicia...
- Deepwater ...
- Florida Cour...
- Facebook
- LinkedIn
- fraudarmor
- deepwater h...
- YouTube
- Miss Sun by...
- UFO EVIDE...
- Typepad - S...
- . Apple Sup...

Visit hupy.com

Hupy and Abraham, S.C.

Taking pictures, obtaining witness contact information, and taking statements are all important when documenting a Milwaukee slip and fall. Read how this will benefit your case.

http://www.hupy.com/blog/three-reasons-to-document-your-milwaukee-slip-and-fall-accident.cfm

1:48 PM
2/4/2014

Exhibit "B"

pinterest.com | AOL Mail (56) | PINTEREST - AOL Sea... | Pinterest

Add to f...

Fav... Fee... Hist...

- Favorites Bar
- Microsoft W...
- MSN Websi...
- Websites fo...
- Windows Live
- Check E-mail
- Internal We...
- Remote We...
- AOL
- CJIS
- EFTPS Fed T...
- Florida Bar
- Kelley Blue B...
- FloridaBank
- Bank of Am...
- Family Law ...
- Judges Pho...
- Sixth Judicia...
- Deepwater ...
- Florida Cour...
- Facebook
- LinkedIn
- fraudarmor
- deepwater h...
- YouTube
- Miss Sun by...
- UFO EVIDE...
- Typepad - S...
- Apple Sup...
- Turn on Sugges...

Pin it

Want to save this Pin for yourself? Go ahead and Pin it

Visit arashlaw.com

Web Copywriter

When to Call a Slip and Fall Accident Lawyer www.arashlaw.com/...



pinterest.com AOL Mail (56) PINTEREST - AOL Sea... Pinterest

Add to f...

Fav... Fee... Hist...

Favorites Bar
Microsoft W...
MSN Websi...
Websites fo...
Windows Live
Check E-mail
Internal We...
Remote We...
AOL
CJIS
EFTPS Fed T...
Florida Bar
Kelley Blue B...
FloridaBank
Bank of Am...
Family Law ...
Judges Pho...
Sixth Judicia...
Deepwater ...
Florida Cour...
Facebook
LinkedIn
fraudarmor
deepwater h...
YouTube
Miss Sun by...
UFO EVIDE...
Typepad - S...
. Apple Sup...
Turn on Sugges...

Visit phillyslipandfalllawyer.com

Jack Tywant
Check out and go to www.phillyslipand... for more advice on slip and fall accidents and your own slip and fall attorney.